# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| **Joseph Friel** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 3:25-CV-01468-JKM |
| **TRUSTPOINT INSURANCE CORPORATION, ET AL.** | ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Oluwole Awojobi, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to American-Amicable Life Insurance Company of Texas in Gwinnett County, GA on August 11, 2025 at 9:25 am at 2 Sun Court Northwest, suite 400, Norcross, GA 30092 by leaving the following documents with Alicia Smith who as Intake Specialist at Thompson O'Brien Kappler & Nasuti is authorized by appointment or by law to receive service of process for American-Amicable Life Insurance Company of Texas.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, COMPLAINT

Black or African American Female, est. age 35-44, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 3" to 5' 6".
Geolocation of Serve: https://google.com/maps?q=33.9681441895,-84.2272157039
Photograph: See Exhibit 1


Total Cost: $115.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Gwinnett County</u>, <u>GA</u> on <u>8/12/2025</u>. | /s/ *Oluwole Awojobi* <br> _____ <br> Signature <br> Oluwole Awojobi <br> +1 (470) 905-1247 |





Exhibit 1b)