IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated., | : <br> : <br> : <br> : |
| *Plaintiff*, | : CIVIL ACTION NO. <br> : <br> : 3:25-CV-01468-JKM |
| v. | : <br> : |
| TRUSTPOINT INSURANCE CORPORATION; and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, | : JUDGE JULIA K. MUNLEY <br> : <br> : <br> : <br> : |
| *Defendants.* | : |

**UNOPPOSED MOTION FOR ENLARGMENT OF TIME
TO FILE RESPONSE TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), and this Court's August 11, 2025 Notice (ECF 3), and with Plaintiff's consent, Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable"), by and through its undersigned counsel, seeks a twenty-one day extension of time (*i.e.*, until Monday, September 22, 2025) to file its answer or other response in the above matter. In support of this Motion, American-Amicable states as follows:

1. Plaintiff filed his Complaint on August 7, 2025. (ECF 1.)

2. In his Complaint, Plaintiff purports to bring two claims for class action under the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227,

following the receipt of at least eleven telemarketing calls to his cellular telephone number in June 2025. *See* Compl. (ECF 1), pp. 1-15.

3. Plaintiff avers that the calls to his cellular phone were not made by American-Amicable but instead Defendant TrustPoint Insurance Corporation ("TrustPoint"). *Id.* at p. 6, ¶ 33.

4. On August 11, 2025, Plaintiff purportedly served American-Amicable with a copy of the Complaint and Summons via personal service on the office of Thompson O'Brien Kappler & Nasuti in Norcross, Georgia, and then filed an Affidavit of Service in this matter on August 12, 2025. (ECF 2 & 4.)

5. To date, Plaintiff has not effectuated service upon TrustPoint.

6. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), American-Amicable is required to respond to Plaintiff's complaint within twenty-one (21) days after being served with the summons and complaint – *i.e.*, no later than Tuesday, September 2, 2025.

7. Upon receipt of the Complaint, American-Amicable promptly engaged the undersigned counsel to represent its interest in this matter.

8. American-Amicable and its counsel have been promptly investigating the facts and circumstances of this matter, so that they can prepare an appropriate response. However, as American-Amicable did not make the calls in question, it needs more time (*i.e.,* twenty-one days) to complete its investigation and prepare its response to the Complaint.

9. Under Rule 6(b) of the Federal Rules of Civil Procedure, a district court may extend a deadline "for good cause" if the request is made before the deadline expires. *See* Fed.R.Civ.P. 6(b)(1)(A); *see also Insulate SB, Inc. v. Abrasive Prod. & Equip.*, No. 1:13-cv-1609, 2013 WL 4538261, at *2 (M.D. Pa. Aug. 27, 2013).

10. American-Amicable requests that the Court permit American-Amicable a modest extension of twenty-one days, or until September 22, 2025, to respond to Plaintiff's Complaint.

11. Plaintiff concurs in the requested extension.

**WHEREFORE** Defendants respectfully request that this Court **GRANT** this Motion for Enlargement of Time and allow American-Amicable to file their response to Plaintiff's Complaint by **September 22, 2025**.

Respectfully submitted,

August 29, 2025

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA 49520)
Cara L. Brack (PA 330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: +1 412 730 3092
Fax: +1 412 567 9241
ronald.hicks@nelsonmullins.com
cara.brack@nelsonmullins.com

*Counsel for Defendant American-Amicable Life Insurance Company of Texas*

## **CERTIFICATE OF CONCURRENCE**

I, Ronald L. Hicks, Jr., certify pursuant to Local Civil Rule 7.1 that on behalf of Defendant, I sought concurrence in the foregoing Motion from counsel for Plaintiff. Counsel for Plaintiff responded that Plaintiff concurs in the Motion.

| | |
|---|---|
| August 29, 2025 | */s/ Ronald L. Hicks, Jr.* |
| | Ronald L. Hicks, Jr. (PA 49520) |
| | Cara L. Brack (PA 330369) |
| | Nelson Mullins Riley & Scarborough LLP |
| | One PPG Place, Suite 3200 |
| | Pittsburgh, Pennsylvania 15222 |
| | Telephone: +1 412 730 3092 |
| | Fax: +1 412 567 9241 |
| | ronald.hicks@nelsonmullins.com |
| | cara.brack@nelsonmullins.com |
| | |
| | *Counsel for Defendant American-Amicable Life Insurance Company of Texas* |

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, a copy of the foregoing was filed electronically through the Court's ECF System. Notice of this filing will be sent to all counsel of record and the parties may access this filing through the Court's ECF System.

August 29, 2025

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA 49520)
Cara L. Brack (PA 330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: +1 412 730 3092
Fax: +1 412 567 9241
ronald.hicks@nelsonmullins.com
cara.brack@nelsonmullins.com

*Counsel for Defendant American-Amicable Life Insurance Company of Texas*