# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated., <br><br> *Plaintiff*, <br><br> v. <br><br> TRUSTPOINT INSURANCE CORPORATION; and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, <br><br> *Defendants*. | CIVIL ACTION NO. <br><br> 3:25-CV-01468-JKM <br><br> JUDGE JULIA K. MUNLEY |

## **ORDER**

AND NOW, on this ____ day of _____, 2025, upon consideration of the Motion for Enlargement of Time filed by Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable"), it is ORDERED that the Motion is GRANTED.

It is FURTHER ORDERED that American-Amicable shall file its response to Plaintiff's Complaint no later than September 22, 2025.

BY THE COURT:

_____
Hon. Julia K. Munley
United States District Judge