# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated.,

     *Plaintiff,*

  v.

TRUSTPOINT INSURANCE CORPORATION; and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,

     *Defendants.*

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.

3:25-CV-01468-JKM

JUDGE JULIA K. MUNLEY

## ENTRY OF APPEARANCE

Kindly enter the appearance of the undersigned, Cara L. Brack, of Nelson Mullins Riley & Scarborough, LLP, on behalf of Defendant, American Amicable Life Insurance Company of Texas, in the above-captioned matter.

Respectfully submitted,

August 29, 2025

*/s/ Cara L. Brack*
Ronald L. Hicks, Jr. (PA 49520)
Cara L. Brack (PA 330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone:  +1 412 730 3092
Fax: +1 412 567 9241
ronald.hicks@nelsonmullins.com
cara.brack@nelsonmullins.com

*Counsel for Defendant American-Amicable*
*Life Insurance Company of Texas*

## **CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, a copy of the foregoing was filed electronically through the Court's ECF System.  Notice of this filing will be sent to all counsel of record and the parties may access this filing through the Court's ECF System.

August 29, 2025

*/s/ Cara L. Brack*
Ronald L. Hicks, Jr. (PA 49520)
Cara L. Brack (PA 330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone:  +1 412 730 3092
Fax: +1 412 567 9241
ronald.hicks@nelsonmullins.com
cara.brack@nelsonmullins.com

*Counsel for Defendant American-Amicable
Life Insurance Company of Texas*