IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH FRIEL, individually and on
behalf of a class of all persons and entities
similarly situated.,

           *Plaintiff,*

v.

TRUSTPOINT INSURANCE
CORPORATION; and AMERICAN-
AMICABLE LIFE INSURANCE
COMPANY OF TEXAS,

           *Defendants.*

CIVIL ACTION NO.

3:25-CV-01468-JKM

JUDGE JULIA K. MUNLEY

## ORDER

AND NOW, on this 2nd day of September, 2025, upon consideration of the Motion for Enlargement of Time filed by Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable"), (Doc. 5), and for good cause shown, it is **ORDERED** that the Motion is **GRANTED**.

It is FURTHER ORDERED that American-Amicable shall file its response to Plaintiff's Complaint no later than **September 22, 2025**.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court