IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated., <br><br> *Plaintiff*, <br><br> v. <br><br> TRUSTPOINT INSURANCE CORPORATION; and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, <br><br> *Defendants.* | CIVIL ACTION NO. <br><br> 3:25-CV-01468-JKM <br><br> JUDGE JULIA K. MUNLEY |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable") makes the following disclosure in connection with the above-captioned action:

1. Is Plaintiff a non-governmental corporate party?

    __X__ YES          ____ NO

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

American-Amicable is a wholly owned subsidiary of Pioneer Security Life Insurance Company, a Texas life insurance company. Pioneer Security Life Insurance Company is a wholly owned subsidiary of IA American Life Insurance Company, also a Texas life insurance company. IA American Life Insurance

1

Company is a wholly owned subsidiary of IA American Holdings Inc., a Delaware corporation. IA American Holdings Inc. is a wholly owned subsidiary of Industrial Alliance Insurance and Financial Services Inc., a Quebec life and health insurance company. Industrial Alliance Insurance and Financial Services Inc. is wholly owned by iA Financial Corporation Inc., a Quebec holding corporation that is publicly traded on the Toronto Stock Exchange under the ticker IAG.

3. If the answer to Number 1 is "yes," list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation:

No publicly-held corporation owns 10% or more of American-Amicable's stock. However, please see the response to Question No. 2.

The undersigned party understands that under Rule 7.1 of the Federal Rules of Civil Procedure, it must promptly file a supplemental statement upon any change in the information that this statement requires.

Respectfully submitted,

Dated: September 19, 2025

*/s/ Ronald L. Hicks, Jr.*
Ronald L. Hicks, Jr. (PA ID #49520)
Cara L. Brack (PA ID #330369)
Nelson Mullins Riley & Scarborough LLP
One PPG Place, Suite 3200
Pittsburgh, Pennsylvania 15222
Telephone: +1 (412) 730-4050
Fax: +1 (412) 567-9241
ronald.hicks@nelsonmullins.com
cara.brack@nelsonmullins.com

*Counsel for Defendant American-Amicable Life Insurance Company of Texas*

2

## **CERTIFICATE OF SERVICE**

I certify that on September 19, 2025, a copy of the foregoing was filed electronically through the Court's ECF System. Notice of this filing will be sent to all counsel of record and the parties may access this filing through the Court's ECF System.

Dated: September 19, 2025        */s/ Ronald L. Hicks, Jr.*
                                                  Ronald L. Hicks, Jr. (PA ID #49520)