IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>　　　　　Plaintiff<br><br>vs.<br><br>TRUSTPOINT INSURANCE CORPORATION<br><br>and<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS<br><br>　　　　　Defendants. | Case No. 25-cv-1468 |

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE
AND CLARIFY THE TELEPHONIC CASE MANAGEMENT CONFERENCE**

　　　Plaintiff, through undersigned counsel, respectfully moves to (1) continue and clarify the date of the Telephonic Case Management Conference set by the Court's September 24, 2025 Order, and (2) adjust any related pre-conference deadlines accordingly. In support, Plaintiff states:

　　　1.　　On September 24, 2025, the Court entered a Scheduling Order setting a Telephonic Case Management Conference and directing that "Plaintiff is to initiate the call; Joint Case Management Plan due five days prior." The Order identifies the conference date as October 10, 2025 at 10:00 a.m., while the corresponding CM/ECF Notice (ECF No. 11) lists the date as October 8, 2025 at 10:00 a.m. There is thus an inconsistency that requires clarification.

2. Plaintiff has attempted to serve Defendant TrustPoint Insurance Corporation at their registered address to no avail. However, TrustPoint Insurance Corporation's owner has written an e-mail to Plaintiff's counsel regarding the lawsuit in an attempt to resolve. As such, the Plaintiff intends to file a motion for alternate service by October 3, 2025. To ensure that all parties are before the Court for the initial conference and to promote efficiency in setting a meaningful case schedule, Plaintiff respectfully requests a brief continuance of 60 days of the telephonic conference date, with all associated pre-conference deadlines adjusted to track the new date.

3. Counsel have conferred and agreed to conduct their Rule 26(f) conference on Wednesday, October 1, 2025 and the brief continuance sought here will not impede the parties' ability to proceed with initial disclosures and to advance the Rule 26(f) planning process; rather, it will allow the parties to involve all served defendants and present a more informed joint plan.

4. Defense counsel has advised that he is scheduled for a three-week trial beginning November 3, 2025. In light of that commitment, and without attempting to cabin the Court's calendar, Plaintiff suggests that any new conference date be set no earlier than December 2, 2025, or on a date thereafter convenient to the Court.

5. The requested, short continuance will avoid unnecessary duplication and potential re-scheduling if service is completed just before the conference; it will allow all parties to participate; and it will resolve the October 8 vs. October 10 discrepancy. No party will be prejudiced.

**M.D. Pa. L.R. 7.1 Conference**

Pursuant to M.D. Pa. L.R. 7.1, Defendant does not oppose the relief requested.

|  |  |
|---|---|
|  | Plaintiff, |
|  | By Counsel, |
| Dated: September 26, 2025 | */s/ Anthony I. Paronich* |
|  | Anthony I. Paronich |
|  | PARONICH LAW, P.C. |
|  | 350 Lincoln Street, Suite 2400 |
|  | Hingham, MA 02043 |
|  | Tel: (617) 485-0018 |
|  | Fax: (508) 318-8100 |
|  | anthony@paronichlaw.com |