IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>        Plaintiff<br><br>vs.<br><br>TRUSTPOINT INSURANCE CORPORATION<br><br>and<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS<br><br>        Defendants. | Case No. 25-cv-1468 |

**[PROPOSED] ORDER**

AND NOW, this ___ day of _____, 2025, upon consideration of Plaintiff's Unopposed Motion to Continue and Clarify the Telephonic Case Management Conference, and for good cause shown, it is hereby ORDERED that the motion is GRANTED.

       IT IS SO ORDERED.

 

                                                _____
                                                United States District Judge