## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH FRIEL,<br>Individually and on behalf of all<br>persons and entities similarly situated,<br>    Plaintiffs | : | 3:25CV1468 |
| | : | |
| v. | : | |
| TRUSTPOINT INSURANCE CORPORATION,<br>and AMERICAN AMICABLE LIFE INSURANCE<br>COMPANY OF TEXAS, | : | |
|     Defendants | : | |

## RESCHEDULING ORDER

Per the joint request form counsel, the Telephonic Case Management

Conference previously scheduled for October 10, 2025, has been rescheduled

and will now be held on **Friday, December 5th 2025 at 10:00.**

*Counsel is reminded that all other aspects of the scheduling order issued on*

*September 24, 2025 (Doc.11) shall remain in effect.*

Strict compliance with our Local Rules, including Rules 16.2 (Participants) and 16.3

(Conference of Attorneys), as well as this court's Standing Order #1 concerning

conferences is required. The Local Rules are available on the Court's website at

www.pamd.uscourts.gov.    Failure to comply with the Local Rules may result in the

imposition of sanctions.

                                   **BY THE COURT:**

                                   **s/Julia K. Munley**
                                   **JUDGE JULIA K. MUNLEY**

Dated 9/29/25                        **United States District Court**