**2025 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P24000057483

**Entity Name:** TRUSTPOINT INSURANCE CORP

**FILED**
**Apr 30, 2025**
**Secretary of State**
**0454321743CC**

**Current Principal Place of Business:**

2262 SE WALD STREET
PORT ST. LUCIE, FL 34984

**Current Mailing Address:**

2262 SE WALD STREET
PORT ST. LUCIE, FL 34984

**FEI Number:** 99-5067471

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

SUKHRAJ, SURESH
2262 SE WALD STREET
PORT ST. LUCIE, FL 34984 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                    Date

**Officer/Director Detail :**

| | |
|---|---|
| Title | P |
| Name | SUKHRAJ, SURESH |
| Address | 2262 SE WALD STREET |
| City-State-Zip: | PORT ST. LUCIE FL 34984 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SURESH SUKHRAJ                    PRESIDENT                    04/30/2025

Electronic Signature of Signing Officer/Director Detail                                    Date