

Anthony Paronich <anthony@paronichlaw.com>

## RE: Friel v. Trustpoint and American Amicable
1 message

**Anthony Paronich** <anthony@paronichlaw.com>  Sat, Sep 20, 2025 at 3:00 PM
To: trustpoint@mytpi.us
Cc: Larry Kristinik <larry.kristinik@nelsonmullins.com>, "Jeremy C. Jackson, Esq." <jjackson@bower-law.com>
Bcc: Anthony Paronich <anthony@paronichlaw.com>

Mr. Sukhraj:


We wanted to contact you a final time before judicial involvement.


Regards,



----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100



This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.



**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, September 9, 2025 6:14 PM
**To:** trustpoint@mytpi.us
**Cc:** Larry Kristinik <larry.kristinik@nelsonmullins.com>; Jeremy C. Jackson, Esq. <jjackson@bower-law.com>
**Subject:** RE: Friel v. Trustpoint and American Amicable

Mr. Sukhraj:

Please advise.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Friday, August 29, 2025 10:55 AM
**To:** trustpoint@mytpi.us
**Cc:** Larry Kristinik <larry.kristinik@nelsonmullins.com>; Jeremy C. Jackson, Esq. <jjackson@bower-law.com>
**Subject:** Friel v. Trustpoint and American Amicable

Mr. Sukhraj:

We are in receipt of the attached e-mail. Despite its content, the Plaintiff intends to continue with this lawsuit.

However, to allow for your company adequate time to secure counsel and respond to the complaint. We are attaching this Waiver of Service. Once returned and completed, we will discontinue our service of process efforts to have your company's registered agent served.

Regards,

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
[o] (617) 485-0018

[c] (508) 221-1510
[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.



**2 attachments**

📄 **Waiver of Service (8.29.25).pdf**
  1446K

📄 **Email from TrustPoint - 8-29-2-2025-  LR-1001938 _ TCPA Attorney Letter _ Friel.pdf**
  236K