# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| **JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,**<br><br>*Plaintiff*<br><br>v.<br><br>**TRUSTPOINT INSURANCE CORPORATION and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS**<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 3:25-cv-01468-JKM<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF NONSERVICE

I, Alex Ramirez de Arellano, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve TrustPoint Insurance Corporation as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: August 26, 2025 2:36 pm
Address: 2262 Southeast Wald Street, Port St. Lucie, FL 34984
Photo: See Exhibits 1a, 1b, 1c below
Geolocation: https://google.com/maps?q=27.2744883,-80.3348718
Description of attempt: There was no answer at the door. No contact was made. Observed package/mail addressed to a different individual. A Brown Kia Sportage with license plate M14BXV was parked in the driveway. No additional contacts were made. The package is addressed to someone who shares the same last name as the listed registered agent.

Serve Attempt #2
Date / Time: August 29, 2025 11:10 am
Address: 2262 Southeast Wald Street, Port St. Lucie, FL 34984
Photo: See Exhibits 2a, 2b below

Geolocation: https://google.com/maps?q=27.2740732,-80.3348579

Description of attempt: There was no answer at the door. No contact was made. . A White Nissan Rouge with license plate BWAX08 was parked in the driveway. No additional contacts were made.

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    St. Lucie County    ,

    FL    on    9/3/2025    .

/s/ *Alex Ramirez de Arellano*

Signature
Alex Ramirez de Arellano
+1 (786) 231-7965



Exhibit 1a)



Exhibit 1b)



Exhibit 1c)



Exhibit 2a)

