IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>TRUSTPOINT INSURANCE CORPORATION<br><br>and<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS<br><br>Defendants. | Case No. 25-cv-1468 |

## [PROPOED] ORDER ON PLAINTIFF'S MOTION FOR ALTERNATE SERVICE

Upon consideration of Plaintiff's Motion for Alternate Service, and for good cause shown, it is hereby: **ORDERED** that Plaintiff's Motion is GRANTED. Plaintiff is authorized to serve Defendant TrustPoint Insurance Corporation by:

1. Sending a copy of the Summons and Complaint to the email address trustpoint@mytpi.us; and
2. Mailing a copy of the Summons and Complaint by certified mail to Defendant's registered office and agent address at 2262 SE Wald Street, Port St. Lucie, Florida 34984.

Service by these combined methods shall constitute effective service of process upon Defendant TrustPoint Insurance Corporation.

SO ORDERED.

Dated: _____, 2025

_____
United States District Judge