IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of others similarly situated,<br>　　　　Plaintiff<br><br>　　v.<br><br>TRUSTPOINT INSURANCE CORP. and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS,<br>　　　　Defendants | No. 3:25cv1468<br><br>(Judge Munley)<br><br>FILED<br>SCRANTON<br>OCT 07 2025<br>PER ___JKC___<br>　　DEPUTY CLERK |

## ORDER

**AND NOW**, to wit, this 7th day of October 2025, upon consideration of Plaintiff Joseph Friel's motion for alternate service and exhibits in support, (Doc. 14 to Doc. 14-4), it is hereby **ORDERED** that:

1) Plaintiff's motion, (Doc. 14), is **GRANTED**.

2) Plaintiff is authorized to serve Defendant TrustPoint Insurance Corporation by:

　　a. Sending a copy of the summons and complaint to the email address trustpoint@mytpi.us;

　　b. Mailing a copy of the summons and complaint by certified mail to defendant's registered officer and agent address at 2262 SE Wald St., Port St. Lucie, FL 34984.

3) Plaintiff shall file an affidavit reflecting proof of service (return receipts/USPS tracking information) within twenty (21) days of the date of this order.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court