IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>TRUSTPOINT INSURANCE CORPORATION<br><br>and<br><br>AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS<br><br>Defendants. | Case No. 25-cv-1468 |

## AFFIDAVIT OF SERVICE

I, Anthony I. Paronich, being duly sworn, depose and state as follows:

1. This Affidavit of Service is made pursuant to the Court's Order dated October 7, 2025, which authorized Plaintiff to serve Defendant TrustPoint Insurance Corporation by:

    (a) Sending a copy of the Summons and Complaint to the email address trustpoint@mytpi.us; and

    (b) Mailing a copy of the Summons and Complaint by certified mail to the Defendant's registered officer and agent at 2262 SE Wald Street, Port St. Lucie, FL 34984.

2. On October 9, 2025, I caused a copy of the Summons and Complaint to be sent to TrustPoint Insurance Corporation by Certified Mail from Medfield, Massachusetts to 2262 SE Wald Street, Port St. Lucie, FL 34984.

3. The USPS Tracking History reflects:

- USPS acceptance of the item on October 9, 2025 in Medfield, MA;

- Transit through USPS facilities;

- Arrival at the Port Saint Lucie, FL Post Office on October 20, 2025;

- Delivery Attempt on October 20, 2025, at 4:03 PM, with notation "Notice Left (No Authorized Recipient Available)."

A true and correct copy of the USPS tracking record showing these events is attached hereto as Exhibit A.

3. On October 9, 2025, consistent with the Court's Order, I served copies of the Summons and Complaint via email to trustpoint@mytpi.us.

A true and correct copy of the transmittal email and delivery confirmation are attached hereto as Exhibit B.

4. This Affidavit is submitted within twenty-one (21) days of the Court's Order dated October 7, 2025, and provides proof of service by both certified mail and electronic means as directed by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 28, 2025

Hingham, Massachusetts

*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(617) 485-0018
anthony@paronichlaw.com

2

*Attorney for Plaintiff and the Proposed Class*