

returned to sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivery Attempt: Action Needed**
**Notice Left (No Authorized Recipient Available)**
PORT SAINT LUCIE, FL 34984
October 20, 2025, 4:03 pm

**Out for Delivery**
PORT SAINT LUCIE, FL 34984
October 20, 2025, 8:13 am

**Arrived at Post Office**
PORT SAINT LUCIE, FL 34952
October 20, 2025, 8:02 am

**In Transit to Next Facility**
October 13, 2025

**Departed Post Office**
MEDFIELD, MA 02052
October 9, 2025, 1:38 pm

**USPS in possession of item**
MEDFIELD, MA 02052
October 9, 2025, 11:07 am

Hide Tracking History

What Do USPS Tracking Statuses Mean?

**Text & Email Updates**

tools.usps.com