| | |
|---|---|
| **From:** | Anthony Paronich |
| **To:** | trustpoint@mytpi.us |
| **Cc:** | Larry Kristinik; Jeremy C. Jackson, Esq. |
| **Bcc:** | Anthony Paronich |
| **Subject:** | FW: Activity in Case 3:25-cv-01468-JKM Friel v. TrustPoint Insurance Corporation et al Order on Motion for Service by Publication |
| **Date:** | Tuesday, October 7, 2025 3:07:06 PM |
| **Attachments:** | Order on Motion for Service.pdf<br>Trustpoint Service Package.pdf |

Mr. Sukhraj:

Pursuant to the Court's Order permitting service via e-mail and certified mail, attached please find the Complaint and Summons in this matter.

Regards,

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** PAMDEfilingstat@pamd.uscourts.gov <PAMDEfilingstat@pamd.uscourts.gov>
**Sent:** Tuesday, October 7, 2025 11:44 AM
**To:** pamd_ecf_nef@pamd.uscourts.gov
**Subject:** Activity in Case 3:25-cv-01468-JKM Friel v. TrustPoint Insurance Corporation et al Order on Motion for Service by Publication

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

United States District Court

Middle District of Pennsylvania

## Notice of Electronic Filing

The following transaction was entered on 10/7/2025 at 11:43 AM EDT and filed on 10/7/2025

**Case Name:**         Friel v. TrustPoint Insurance Corporation et al

**Case Number:**       3:25-cv-01468-JKM

**Filer:**

**Document Number:** 15

**Docket Text:**
**ORDER granting [14] Motion for Service by Publication. See Order for complete details. Signed by Honorable Julia K Munley on 10/7/2025 (cp)**

**3:25-cv-01468-JKM Notice has been electronically mailed to:**

Anthony I Paronich     anthony@paronichlaw.com, anthony.paronichlaw.com@recap.email

Cara L. Brack     cara.brack@nelsonmullins.com, rene.karwowski@nelsonmullins.com, tricia.long@nelsonmullins.com

Jeremy C. Jackson     jjackson@bower-law.com

Ronald L. Hicks , Jr     ronald.hicks@nelsonmullins.com, rene.karwowski@nelsonmullins.com, tricia.long@nelsonmullins.com

**3:25-cv-01468-JKM Filer will deliver notice by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1027698419 [Date=10/7/2025] [FileNumber=8432216-0
] [2d420406e7ce053daaf9a73a3386015894c0253ba8d376ae8a4b1cc22e029a8d546
4ca041a627e2b3f7e5633b48ae12b97a1e8eb1fff356a873f0faa4182c77a]]