UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR    :
ADMISSION TO PRACTICE IN THIS COURT   :

PETITION

I, __D. Larry Kristinik__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: __1320 Main Street, 17th Floor__
__Columbia, SC  29201__

Office Telephone: __803-255-9531__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

__South Carolina (11/18/1992)__
__U.S. District Court of South Carolina (12/23/1992)__
__U.S. Court of Appeals for the Fourth Circuit (12/04/1992)__

My attorney Identification number is: __SC 64983__

---

FOR COURT USE ONLY

____GENERAL ADMISSION:

GRANTED BY THE COURT: _____    Date: _____

____SPECIAL ADMISSION:

GRANTED BY THE COURT _____    Date: _____

---

Updated: 3/24/2025

Please Complete the Following:

  All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

None.

  All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

None.

  Any disciplinary actions, contempt proceedings, criminal charges, or other proceedings in which I am a named party, pending before any court, board, or tribunal: (State the facts and circumstances connected with each; if none, state "none".)

None.

  I am seeking:

☐ General Admission under Local Rule LR 83.8.1

☑ Special Admission (specify by placing a checkmark in the appropriate rule below)

LR 83.8.2.1 ☑, LR 83.8.2.2 ☐, LR 83.8.2.3 ☐, or LR 83.8.2.4 ☐

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:

Special admission is requested only for a particular case.
Special admission is requested only for a particular case.

NAME THE PARTY YOU REPRESENT:
American-Amicable Life Insurance Company of Texas

If special admission is requested for a particular case, please list case number and caption:

Case # USDC PA - Middle 25-cv-1468

Caption # Joseph Friel v. TrustPoint Insurance Corporation and American-Amicable Life Insurance Company of Texas

Updated: 3/24/2025

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1 shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences, and trials. (See LR 83.9)
If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Ronald L. Hicks, Jr. (PA # 49520)
One PPG Place, Suite 3200, Pittsburgh, PA 15222
412-730-3092

3) If seeking general admission under Rule LR 83.8.1, I must be a member of the bar of the Supreme Court of Pennsylvania and have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
SIGNATURE OF PETITIONER

SC 64983
(Bar Identification Number and State where admitted)
10/23/2025
(Date)

By signing this petition for admission, I acknowledge that I have read the attached Middle District of Pennsylvania Code of Professional Conduct and agree to subscribe to the standards set forth in the Code.

_____
SIGNATURE OF PETITIONER

Updated: 3/24/2025

UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

CODE OF PROFESSIONAL CONDUCT

As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are lifelines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:

_____
Signature of Petitioner

Updated: 3/24/2025

# SPONSOR'S CERTIFICATE

I, __Ronald L. Hicks, Jr.__, am a member in good
(Name of Sponsor)
standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) __January__ (day) __9__, (year) __2014__. I have known the above petitioner for __over two years__.
(length of time)

To my knowledge, the petitioner's moral character is as follows:
__honest, diligence, ethical, trustworthy, and professional.__

To my knowledge, the petitioner's educational background and experience are as follows:
Larry is a 1992 South Carolina Law School graduate and primarily handles business litigation, class action defense, insurance coverage and bad faith claims, defense of investor securities claims, and FINRA broker-dealer arbitrations through the U.S.

I sponsor and recommend __D. Larry Kristinik__
(Name of Petitioner)
for admission as a qualified attorney to practice before this court.

__Ronald Hicks__
Digitally signed by: Ronald Hicks
DN: CN = Ronald Hicks
Date: 2025.10.08 17:20.05 -04'00'
(Signature of Sponsor)

Office address: Nelson Mullins Riley & Scarborough LLP

One PPG Place, Suite 3200, Pittsburgh, PA 15222

Telephone: __(412) 730-3092__

Attorney Bar I.D. No. __49520__

Updated: 3/24/2025