UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT     :     3:25CV1468

### PETITION

I, **D. Larry Kristinik**, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

Office address: **1320 Main Street, 17th Floor**
**Columbia, SC 29201**

Office Telephone: **803-255-9531**

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

**South Carolina (11/18/1992)**

**U.S. District Court of South Carolina (12/23/1992)**

**U.S. Court of Appeals for the Fourth Circuit (12/04/1992)**

My attorney Identification number is: **SC 64983**

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____     Date: _____

**x** SPECIAL ADMISSION:

GRANTED BY THE COURT *s/Julia K. Munley*     Date: 10/31/25

---

Updated: 3/24/2025