# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FRIEL, individually and on behalf of a class of all persons and entities similarly situated., *Plaintiff*, v. TRUSTPOINT INSURANCE CORPORATION; and AMERICAN-AMICABLE LIFE INSURANCE COMPANY OF TEXAS, *Defendants.* | CIVIL ACTION NO. 3:25-CV-01468-JKM JUDGE JULIA K. MUNLEY |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the Plaintiff and Defendant American-Amicable Life Insurance Company of Texas ("American-Amicable") hereby stipulate and agree that this action, and all claims and counterclaims asserted therein, are dismissed, with prejudice and with each party to bear their own attorneys' fees and costs. The Plaintiff and American-Amicable acknowledge that that Defendant Trustpoint Insurance Corporation ("Trustpoint") has not made an appearance, and that this stipulation acts to dismiss, with prejudice, the claims asserted by the Plaintiff against Trustpoint. The Plaintiff and American-Amicable further state that there has been no settlement between them and no

payment has been made by either the Plaintiff or American-Amicable in return for the dismissal of the claims and counterclaims.

                                        Respectfully submitted,

November 18, 2025                */s/ Anthony I. Paronich*
                                        Anthony I. Paronich (admitted *pro hac vice*)
                                        Paronich Law, P.C.
                                        350 Lincoln Street, Suite 2400
                                        Hingham, MA 02043
                                        Telephone:  +1 (505) 221-1510
                                        anthony@paronichlaw.com
                                        *Attorneys for Plaintiff*

November 18, 2025                */s/ Ronald L. Hicks, Jr.*
                                        Ronald L. Hicks, Jr. (PA 49520)
                                        Cara L. Brack (PA 330369)
                                        NELSON MULLINS RILEY &
                                        SCARBOROUGH LLP
                                        One PPG Place, Suite 3200
                                        Pittsburgh, Pennsylvania 15222
                                        Telephone:  +1 (412) 730-3092
                                        Fax: +1 (412) 567-9241
                                        ronald.hicks@nelsonmullins.com
                                        cara.brack@nelsonmullins.com

                                        and

                                        D. Larry Kristinik, III
                                        (admitted pro hac vice)
                                        NELSON MULLINS RILEY &
                                        SCARBOROUGH LLP
                                        Meridian, 1320 Main Street, 17th Floor
                                        Columbia, South Carolina 29201
                                        Telephone:  +1 (803) 255-9531
                                        Fax: +1 (803) 256-7500
                                        larry.kristinik@nelsonmullins.com
                                        *Counsel for Defendant American-Amicable Life Insurance Company of Texas*